WALTER J. COLLINS et al., Doing Business as COLLINS AND VAN WORMER, Appellants, v. KOOL-VENT METAL AWNING CORPORATION OF CENTRAL NEW YORK et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.